Clinton T. Eldridge #00545-000
Name and Prisoner/Booking Number

U.S.P. Tucson BOP
Place of Confinement

Post Office Box ~~85734~~ 24550
Mailing Address

Tucson, Az 85734
City, State, Zip Code

```
          FILED _____ LODGED
          RECEIVED _____ COPY

              DEC - 5 2024

          CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
      BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Clinton Thoredore Eldridge,

Petitioner,

v.

Guiterrez, M., United States Parole Commission,
Respondent(s).

CASE NO. 24-cv-00366-RCC-LCK

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
(HABEAS)**

I, Clinton T. Eldridge, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?   ☐ Yes   ☒ No
   If "Yes," state the amount of your pay and where you work. _____
   _____

2. Do you receive any other payments from the institution where you are confined?   ☐ Yes   ☒ No
   If "Yes," state the source and amount of the payments. _____
   _____

Revised 3/15/16                                    1

3. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐ Yes   ☒ No
If "Yes," state the sources and amounts of the income, savings, or assets. _____

I declare under penalty of perjury that the above information is true and correct.

_November 26, 2024_
DATE

_[signature]_
SIGNATURE OF APPLICANT

---

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____Mr. Flix_____, certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is:   $ __0.03__

_____          CASE MANAGER          _[signature]_          USP Tucson
DATE                    AUTHORIZED SIGNATURE   TITLE/ID NUMBER        INSTITUTION

AUTHORIZED BY THE ACT OF JULY 7, 1955
AS AMENDED TO ADMINISTER OATHS.
18 U.S.C. 4004

NOTE: The other respondent in this matter is the United Parole Commission. On the filed petition, it show <u>United States Parole Comm.</u>

2